UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>Arthur Doiron</u>

    v.                           Civil No. 16-cv-326-PB

<u>Robert Lemay et al.</u>


**O R D E R**

Plaintiff Arthur Doiron brought suit, under 42 U.S.C. § 1983, against New Hampshire State Prison Corrections Officers Glenn Nimirowski, Jason Caruso, and Robert Lemay. Presently in this case are claims alleging that defendants used excessive force against Doiron, failed to intervene to protect plaintiff from the use of excessive force, and otherwise failed to protect Doiron, in violation of Doiron's rights accruing under the Eighth Amendment and state negligence laws. <u>See</u> Oct. 26, 2016 R. & R. (Doc. No. 5), at 5 (approved by Dec. 16, 2016 Order (Doc. No. 10); Oct. 26, 2016 Order (Doc. No. 6), at 2.

Before the court is defendants' motion to dismiss (Doc. No. 9), filed pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, asserting that Doiron's complaint fails to state a federal claim upon which relief can be granted and that the court lacks jurisdiction over the pendant state law claims. Plaintiff objects. <u>See</u> Doc. No. 29. The motion to

dismiss has been referred to the undersigned magistrate judge for proposed findings of fact and a recommendation as to disposition.  <u>See</u> LR 72.1.

## **Discussion**

In its October 26, 2016 Report and Recommendation ("R&R") (Doc. No. 5), which the district judge approved, <u>see</u> Dec. 16, 2016 Order (Doc. No. 10), at 1, the court found that the plaintiff's allegations, and all reasonable inferences from those allegations, construed liberally, were sufficient to state claims for relief, as well as to warrant exercising the court's supplemental jurisdiction over plaintiff's state law claims. The defendant's arguments do not show that the court's approval of that Report and Recommendation was infected with any manifest error of law or fact, and defendant's motion to dismiss does not otherwise persuade the court to reconsider that finding. Accordingly, the district judge should deny defendants' motion to dismiss (Doc. No. 9).

## **Conclusion**

For the foregoing reasons, the district judge should deny the defendants' motion to dismiss (Doc. No. 9).  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  <u>See</u> Fed. R. Civ. P. 72(b)(2).

The fourteen-day period may be extended upon motion. Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016); Fed. R. Civ. P. 72(b)(2).

_____
Andrea K. Johnstone
United States Magistrate Judge

July 25, 2017

cc:  Arthur Doiron, pro se
     Elizabeth A. Lahey, Esq.
     Scott Edward Sakowski, Esq.