UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arthur Doiron

    v.                                        Civil No. 16-cv-00326-PB

Robert LeMay, et al

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 25, 2017. For the reasons explained in the Report and Recommendation, the defendants' motion to dismiss (Doc. No. 9) is denied.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection

to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                                     /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Court

Date: August 21, 2017

cc:    Counsel of Record
       Arthur Doiron, pro se