UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arthur Doiron

    v.                              Case No. 16-cv-326-PB

Robert LeMay, et al

**ORDER**

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 4, 2019 . Plaintiff's motion to dismiss defendant David Dionne (Doc. No. 107) is granted. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                              /s/ Paul Barbadoro
                                              _____
                                              Paul Barbadoro
                                              United States District Judge

Date: MAY 6, 2019